```
                              United States Bankruptcy Court
                              Eastern District of New York

In re:                                                              Case No. 13-74235-dte
Justin Weeks                                                        Chapter 7
        Debtor                   CERTIFICATE OF NOTICE

District/off: 0207-8          User: smarcus              Page 1 of 3           Date Rcvd: Aug 15, 2013
                              Form ID: 213               Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2013.
db          +Justin Weeks,    569 Everdell Avenue,    West Islip, NY 11795-4013
smg         +NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
              Brooklyn, NY 11201-3719
smg         +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,    Albany, NY 12205-0300
smg         +NYS Unemployment Insurance,    Attn: Isolvency Unit,    Bldg. #12, Room 256,
              Albany, NY 12240-0001
8116282      AT&T Services Inc,    180 I Valley View Ln,    Famlers Branch TX 75234-8906
8116279     +American Coradius,    2420 Sweet Home Road,    Amherst NY 14228-2243
8116280     +Anthony Guida,    373 Sunrise Hwy,    West Babylon NY 11704-5901
8116281     +Asset Maximization Group,    PO Box 190191,    S Richmond Hill NY 11419-0191
8116284     +Brighthouse Networks,    3767 All American Blvd,    Orlando FL 32810-4790
8116288      CIT Bank,    Fingerhut Direct,    6250 Ridgewood Road,    Saint Cloud MN 56303-0820
8116291     +CJV Worldwide Ventures Inc,    35 Daffodil Drive,    Farmingdale NY 11735-7000
8116287      Chase Bank,    I Chase Manhattan Plaza,    New York NY 10017
8116292     +Conserve CSG,    PO Box 7,    Fairport NY 14450-0007
8116290      County of Suffolk,    522 College Road,    Selden NY 11784
8116294     +Daytona State College,    1200 W International Speedway Blvd,    Daytona Beach FL 32114-2800
8116297     +Ebay,    2065 Hamilton Avenue,    San Jose California 95125-5904
8116298     +Education Credit Management,    1 Imation Place,    Oakdale MN 55128-3422
8116300     +First National Collection,    610 Waltham Way,    McCarran NV 89434-6695
8116302     +Flagler County Library,    2500 Palm Coast Pkwy NW,    Palm Coast FL 32137-4731
8116303     +Good Samaritan Hopital,    1000 Montauk Hwy,    West Islip NY 11795-4958
8116304     +HSBC Bank,    A TTN Exception Dept,    2012 Corporate Lane,    Suite 108,    Naperville IL 60563-0726
8116306      I.e. Systems Inc,    444 Highway 96 E,    Saint Paul, MN 55127-2557
8116305     +Ice.com,    1083 State Route 9,    Champlain NY 12919-5408
8116307     +Linda Fiorito,    38 Ryan Street,    West Islip NY 11795-3520
8116308      Long Island Jewish Medical Center,    270-05 76th Ave 2134,    Queens New York 11004
8116310     +MULLEN & IANNARONE ESQ,    300 East Main Street,    Smithtown NY 11787-2921
8116311     +MULLOOL Y JEFFREY ROONEY,    6851 Jericho TPKE,    Syosset NY 11791-4449
8116309      Metabank,    6250 Ridgewood Road,    Saint Cloud MN 56303-0820
8116314     +NCA,    PO Box 550,    327 West Fourth Street,    Hutchinson, KS 67501-4842
8116316     +NYS Department of Labor,    Building 12,    W.A. Harriman Campus,    Albany, NY 12240-0001
8116312      National Credit Adjusters,    327 W 4th Avenue,    Hutchinson KS 67501-4842
8116313     +National Grid,    1650 Islip Avenue,    Brentwood, NY 11717-5210
8116318      Orchard Bank,    PO Box 60501,    City ofIndustry CA 91716-0501
8116320     +Peconic Bay Medical Center,    1300 Roanoke Ave,    Riverhead NY 11901-2058
8116321     +Penn Foster,    925 Oak St,    Scranton PA 18515-0999
8116322     +Planet Fitness,    894 Sunrise Hwy,    Bay Shore NY 11706-5908
8116324     +RIVERHEAD SUF CNTY SUPR,    235 Griffing A venue,    Riverhead NY 11901
8116323     +Redline Recovery Service,    95 John Muir Drive STE 100,    Amherst NY 14228-1144
8116326     +Robert Fiorito,    38 Ryan Street,    West Islip NY 11795-3520
8116329     +Stony Brook University Hospital,    101 Nicolls Rd,    Stony Brook NY 11794-0001
8116330     +Student Services Proc CTR,    University At Albany,    1 University PI,    Rensselaer NY 12144-3424
8116332      Suffolk County Community College,    1 00 I Crooked Hill Rd,    Brentwood NY 11717
8116331      Sunrise Credit Services,    260 Airport Plaza BLVD,    Farmingdale NY 11735,    Suntrust Bank,
              901 Semmes A venue,    Richmond VA 23224
8116334     +Unifund CCR Partners,    10625 Techwoods Circle,    Cincinnati OH 45242-2846
8116335      Verizon Wireless,    360 I Converse Drive,    Wilminton North Carolina 28403
8116336      Webbank,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
8116337     +West Islip Public Library,    3 Higbie Ln,    West Islip NY 11795-3999

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QRLPRYOR.COM Aug 15 2013 18:08:00     Robert L. Pryor,    Pryor & Mandelup LLP,
              675 Old Country Road,    Westbury, NY 11590-4513
smg         +E-mail/Text: ustpregion02.li.ecf@usdoj.gov Aug 15 2013 18:10:09     United States Trustee,
              Office of the United States Trustee,    Long Island Federal Courthouse,    560 Federal Plaza,
              Central Islip, NY 11722-4456
8116283     +EDI: BANKAMER2.COM Aug 15 2013 18:08:00     Bank of America,    100 North Tryon Street,
              Charlotte North Carolina 28255-0001
8116285      EDI: CAPITALONE.COM Aug 15 2013 18:08:00     Capital One,    PO Box 5253,
              Carol Stream IL 60197-5253
8116286      EDI: CAPITALONE.COM Aug 15 2013 18:08:00     Capital One Bank USA NA,    PO Box 30281,
              Salt Lake City UT 84130-0281
8116289      EDI: WFNNB.COM Aug 15 2013 18:08:00     Comenity Capital,    PO Box 182120,
              Columbus, OH 43218-2120
8116293     +EDI: CMIGROUP.COM Aug 15 2013 18:08:00     Credit Management,    4200 INTERNATIONAL PKWY,
              CARROLLTON TX 75007-1912
8116295      EDI: DIRECTV.COM Aug 15 2013 18:08:00     DIRECTV,    P.O. Box 6550,
              Greenwood Village, CO 80155-6550
8116299      E-mail/Text: bknotice@erccollections.com Aug 15 2013 18:10:11     Enhanced Recovery Corp,
              8014 Bayberry Rd,    Jacksonville FL 32256-7412
8116301      EDI: AMINFOFP.COM Aug 15 2013 18:08:00     First Premier,    3820 N Louise Avenue,
              Sioux Falls SD 57107-0145
```

```
District/off: 0207-8          User: smarcus                Page 2 of 3                  Date Rcvd: Aug 15, 2013
                              Form ID: 213                 Total Noticed: 63

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
8116315      +E-mail/Text: bankruptcydepartment@ncogroup.com Aug 15 2013 18:10:13     NCO Financial Systems,
               PO BOX 17205,   WILMINGTON DE 19850-7205
8116319      +E-mail/Text: recovery@paypal.com Aug 15 2013 18:10:02    Paypal,   2211 North First Street,
               San Jose CA 95131-2021
8116325      +EDI: PHINRJMA.COM Aug 15 2013 18:08:00      RJM Acquisitions,   575 Underhill BLVD STE 224,
               Syosset, NY 11791-4437
8116328       EDI: NEXTEL.COM Aug 15 2013 18:08:00      Sprint,   6200 Sprint Pkwy,   Overland Park KS 66251
8116327      +EDI: SALMAESERVICING.COM Aug 15 2013 18:08:00      Sallie Mae,   PO Box 9500,
               Wilkes Barre PA 18773-9500
8116333      +EDI: AISTMBL.COM Aug 15 2013 18:08:00      T-Mobile,   12920 SE 38th Street,
               Bellevue WA 98006-7305
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8116278      ##Amazon,   1200 12th Ave South Ste 1200,   Seattle WA 98144-2734
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 17, 2013**            **Signature:**        _Joseph Speetjens_

```
District/off: 0207-8          User: smarcus              Page 3 of 3              Date Rcvd: Aug 15, 2013
                              Form ID: 213               Total Noticed: 63

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2013 at the address(es) listed below:
              Robert L. Pryor    rlp@pryormandelup.com,   rpryor@ecf.epiqsystems.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                             TOTAL: 2
```

| B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12) | Case Number **8–13–74235–dte** |
|---|---|

# UNITED STATES BANKRUPTCY COURT
Eastern District of New York

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/15/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Justin Weeks
569 Everdell Avenue
West Islip, NY 11795

| Case Number:<br>8–13–74235–dte | Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:<br>xxx–xx–7676 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Justin Weeks<br>569 Everdell Avenue<br>West Islip, NY 11795<br>Telephone number: | Bankruptcy Trustee (name and address):<br>Robert L. Pryor<br>Pryor & Mandelup LLP<br>675 Old Country Road<br>Westbury, NY 11590<br>Telephone number:  (516) 997–0999 |

## Meeting of Creditors
Date:  **September 23, 2013**                                       Time:  **09:00 AM**

Location:  **Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza – Room 563, Central Islip, NY 11722–4437**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 11/22/13**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>290 Federal Plaza, P.O. Box 9013<br>Central Islip, NY 11722–9013<br>Telephone number:  (631) 712–6200 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Robert A. Gavin, Jr. |
|---|---|
| Hours Open:  Monday – Friday 9:00 AM – 4:30 PM | Date:  8/15/13 |

## EXPLANATIONS

B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. ***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint ––– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) ––– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Undeliverable Notices | Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the parties correct address, resend the returned notice, and notify this office of the parties change of address. Failure to provide all parties with a copy of the notice may adversely affect the debtor as provided by the Bankruptcy Court. |
| Form 21 Statement of Social Security # | The debtor or debtor's attorney is required to bring a paper copy of the petition with full social security number displayed to the first meeting of creditors. |
| Personal Financial Management Course | In order to receive a discharge, the debtor must complete a Personal Financial Management Course and must file a Certificate of Completion of the Personal Financial Management Course (Official Form 23) within 60 days after the first date set for the section 341 meeting. If the Personal Financial Management Course Certificate is not filed within the allotted time, **a discharge will not be issued and the case will be closed.** |