United States Bankruptcy Court
Eastern District of New York

In re:                                                    Case No. 13-74235-dte
Justin Weeks                                              Chapter 7
        Debtor

### CERTIFICATE OF NOTICE

District/off: 0207-8        User: smarcus        Page 1 of 3        Date Rcvd: Aug 15, 2013
                           Form ID: 245           Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2013.
db          +Justin Weeks,   569 Everdell Avenue,   West Islip, NY 11795-4013
smg         +NYC Department of Finance,   345 Adams Street, 3rd Floor,   Attn: Legal Affairs - Devora Cohn,
              Brooklyn, NY 11201-3719
smg         +NYS Department of Taxation & Finance,   Bankruptcy Unit,   PO Box 5300,   Albany, NY 12205-0300
smg         +NYS Unemployment Insurance,   Attn: Isolvency Unit,   Bldg. #12, Room 256,
              Albany, NY 12240-0001
8116282      AT&T Services Inc,   180 I Valley View Ln,   Famlers Branch TX 75234-8906
8116279     +American Coradius,   2420 Sweet Home Road,   Amherst NY 14228-2243
8116280     +Anthony Guida,   373 Sunrise Hwy,   West Babylon NY 11704-5901
8116281     +Asset Maximization Group,   PO Box 190191,   S Richmond Hill NY 11419-0191
8116283     +Bank of America,   100 North Tryon Street,   Charlotte North Carolina 28255-0001
8116284     +Brighthouse Networks,   3767 All American Blvd,   Orlando FL 32810-4790
8116288      CIT Bank,   Fingerhut Direct,   6250 Ridgewood Road,   Saint Cloud MN 56303-0820
8116291     +CJV Worldwide Ventures Inc,   35 Daffodil Drive,   Farmingdale NY 11735-7000
8116285      Capital One,   PO Box 5253,   Carol Stream IL 60197-5253
8116286      Capital One Bank USA NA,   PO Box 30281,   Salt Lake City UT 84130-0281
8116287      Chase Bank,   I Chase Manhattan Plaza,   New York NY 10017
8116289      Comenity Capital,   PO Box 182120,   Columbus, OH 43218-2120
8116292     +Conserve CSG,   PO Box 7,   Fairport NY 14450-0007
8116290      County of Suffolk,   522 College Road,   Selden NY 11784
8116293     +Credit Management,   4200 INTERNATIONAL PKWY,   CARROLLTON TX 75007-1912
8116295     ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: DIRECTV,   P.O. Box 6550,   Greenwood Village, CO 80155-6550)
8116294      Daytona State College,   1200 W International Speedway Blvd,   Daytona Beach FL 32114-2800
8116297     +Ebay,   2065 Hamilton Avenue,   San Jose California 95125-5904
8116298     +Education Credit Management,   1 Imation Place,   Oakdale MN 55128-3422
8116300     +First National Collection,   610 Waltham Way,   McCarran NV 89434-6695
8116301      First Premier,   3820 N Louise Avenue,   Sioux Falls SD 57107-0145
8116302     +Flagler County Library,   2500 Palm Coast Pkwy NW,   Palm Coast FL 32137-4731
8116303     +Good Samaritan Hopital,   1000 Montauk Hwy,   West Islip NY 11795-4958
8116304     +HSBC Bank,   A TTN Exception Dept,   2012 Corporate Lane,   Suite 108,   Naperville IL 60563-0726
8116306      I.e. Systems Inc,   444 Highway 96 E,   Saint Paul, MN 55127-2557
8116305     +Ice.com,   1083 State Route 9,   Champlain NY 12919-5408
8116307     +Linda Fiorito,   38 Ryan Street,   West Islip NY 11795-3520
8116308      Long Island Jewish Medical Center,   270-05 76th Ave 2134,   Queens New York 11004
8116310     +MULLEN & IANNARONE ESQ,   300 East Main Street,   Smithtown NY 11787-2921
8116311     +MULLOOL Y JEFFREY ROONEY,   6851 Jericho TPKE,   Syosset NY 11791-4449
8116309     +Metabank,   6250 Ridgewood Road,   Saint Cloud MN 56303-0820
8116314     +NCA,   PO Box 550,   327 West Fourth Street,   Hutchinson, KS 67501-4842
8116316     +NYS Department of Labor,   Building 12,   W.A. Harriman Campus,   Albany, NY 12240-0001
8116312      National Credit Adjusters,   327 W 4th Avenue,   Hutchinson KS 67501-4842
8116313     +National Grid,   1650 Islip Avenue,   Brentwood, NY 11717-5210
8116318      Orchard Bank,   PO Box 60501,   City ofIndustry CA 91716-0501
8116320     +Peconic Bay Medical Center,   1300 Roanoke Ave,   Riverhead NY 11901-2058
8116321     +Penn Foster,   925 Oak St,   Scranton PA 18515-0999
8116322     +Planet Fitness,   894 Sunrise Hwy,   Bay Shore NY 11706-5908
8116324     +RIVERHEAD SUF CNTY SUPR,   235 Griffing A venue,   Riverhead NY 11901
8116323     +Redline Recovery Service,   95 John Muir Drive STE 100,   Amherst NY 14228-1144
8116326     +Robert Fiorito,   38 Ryan Street,   West Islip NY 11795-3520
8116329     +Stony Brook University Hospital,   101 Nicolls Rd,   Stony Brook NY 11794-0001
8116330     +Student Services Proc CTR,   University At Albany,   1 University PI,   Rensselaer NY 12144-3424
8116332      Suffolk County Community College,   1 OO I Crooked Hill Rd,   Brentwood NY 11717
8116331      Sunrise Credit Services,   260 Airport Plaza BLVD,   Farmingdale NY 11735,   Suntrust Bank,
              901 Semmes A venue,   Richmond VA 23224
8116333     +T-Mobile,   12920 SE 38th Street,   Bellevue WA 98006-7305
8116334     +Unifund CCR Partners,   10625 Techwoods Circle,   Cincinnati OH 45242-2846
8116335      Verizon Wireless,   360 I Converse Drive,   Wilminton North Carolina 28403
8116336      Webbank,   6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
8116337     +West Islip Public Library,   3 Higbie Ln,   West Islip NY 11795-3999

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: ustpregion02.li.ecf@usdoj.gov Aug 15 2013 18:10:09    United States Trustee,
              Office of the United States Trustee,   Long Island Federal Courthouse,   560 Federal Plaza,
              Central Islip, NY 11722-4456
8116299      E-mail/Text: bknotice@erccollections.com Aug 15 2013 18:10:11    Enhanced Recovery Corp,
              8014 Bayberry Rd,   Jacksonville FL 32256-7412
8116315     +E-mail/Text: bankruptcydepartment@ncogroup.com Aug 15 2013 18:10:13    NCO Financial Systems,
              PO BOX 17205,   WILMINGTON DE 19850-7205
8116319     +E-mail/Text: recovery@paypal.com Aug 15 2013 18:10:02    Paypal,   2211 North First Street,
              San Jose CA 95131-2021
8116325     +E-mail/Text: rjm@ebn.phinsolutions.com Aug 15 2013 18:09:56    RJM Acquisitions,
              575 Underhill BLVD STE 224,   Syosset, NY 11791-4437
8116328      E-mail/Text: appebnmailbox@sprint.com Aug 15 2013 18:09:57    Sprint,   6200 Sprint Pkwy,
              Overland Park KS 66251

```
District/off: 0207-8        User: smarcus          Page 2 of 3          Date Rcvd: Aug 15, 2013
                           Form ID: 245            Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
8116327      +E-mail/PDF: pa_dc_claims@salliemae.com Aug 15 2013 18:11:53    Sallie Mae,   PO Box 9500,
              Wilkes Barre PA 18773-9500
                                                                            TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8116278     ##Amazon,   1200 12th Ave South Ste 1200,    Seattle WA 98144-2734
                                                                            TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 17, 2013**                    **Signature:**    _Joseph Speetjens_

District/off: 0207-8          User: smarcus            Page 3 of 3              Date Rcvd: Aug 15, 2013
                             Form ID: 245             Total Noticed: 62

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2013 at the address(es) listed below:
          Robert L. Pryor    rlp@pryormandelup.com,  rpryor@ecf.epiqsystems.com
          United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                            TOTAL: 2

# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza, P.O. Box 9013
Central Islip, NY 11722–9013

## NOTICE OF ELECTRONIC FILING PROCEDURE –

## INFORMATION REGARDING MEETING OF CREDITORS

**Case Name: Justin Weeks**

**Case Number: 8–13–74235–dte**          **Date Filed: August 15, 2013**

The above case was filed electronically, and is accessible via the Court's Internet site at http://www.nyeb.uscourts.gov. In compliance with EDNY LBR 9011–1(b) and the court's General Order on Electronic Filing Procedures ("General Order #559"), whenever any applicable statute, rule or order requires a document to be signed and the document is electronically filed, the document shall contain an electronic signature or a scanned copy of the original signature. An electronic signature shall consist of "s/" followed by the first and last name of the person signing. Security of a password issued to an attorney is the attorney's responsibility. An original signed copy of all filings shall be maintained in the attorney's file in accordance with General Order #559.

All parties with legal representation must file documents by one of the following methods:

1. **INTERNET (Preferred Method):** The requirements for filing, viewing and retrieving case documents over the Internet are: A personal computer running Microsoft Windows; an Internet provider using dial–up, or broadband; Mozilla Firefox or Internet Explorer; Adobe Acrobat to convert word processor formatted documents to portable document format (PDF); and a document scanner. The URL address is www.nyeb.uscourts.gov. A password is needed to file documents into this system. Please contact the Court to obtain a password. In addition, a Pacer login is needed to view or print documents from this system. A Pacer login can be obtained by calling the Pacer Service Center at 1–800–676–6856 or by visiting their website at http://pacer.psc.uscourts.gov.

2. **DISKETTE or CD–ROM/DVD, PDF FORMAT:** If you are not equipped or have not registered to file over the Internet, you must submit your documents on a diskette or CD–ROM/DVD, in PDF format. Adobe Acrobat software will provide you with the ability to create documents in PDF format; additionally, word processing programs such as Corel WordPerfect and Microsoft Word include a built–in conversion utility. Use a separate diskette or CD–ROM/DVD for each filing. Submit the diskette or CD–ROM/DVD in an envelope with the case name, case number, type and title of the document, and the file name on the diskette or CD–ROM/DVD.

**Important Note: Proofs of claim may be filed over the Internet, on diskette or CD–ROM/DVD, or in paper form.**

Adversary Proceedings filed relative to cases assigned to the ECF system will also be assigned to the system. Documents filed in such proceedings MUST comply with the foregoing electronic filing requirements.

In Chapter 7, 12 and 13 cases, the debtor is responsible for serving a copy of the petition on the trustee appointed in the case. Refer to the Notice of Meeting of Creditors accompanying this notice for the name and mailing address of the trustee.

In Chapter 11 cases, the debtor is responsible for serving a copy of the petition on the Internal Revenue Service and the Securities and Exchange Commission. Refer to second page of the Notice of Meeting of Creditors accompanying this notice for their respective addresses.

Parties without legal representation may file documents in paper form, in accordance with procedures set forth in the court's Local Rules.

Dated: August 15, 2013

For the Court, Robert A. Gavin, Jr., Clerk of Court

# <u>NOTICE TO CHAPTER 7 DEBTORS AND DEBTORS' ATTORNEYS</u>

## <u>What To Submit Prior To The Meeting Of Creditors</u>

You must submit to the Chapter 7 Trustee assigned to your case the following:

1. A copy of the Chapter 7 petition (complete with all schedules and the statement of financial affairs) which bears a copy of the Debtor's signature.

<u>Note:</u> The petition should not reflect the Debtor's signature as /s/.

2. Copies of all payment advices (i.e., pay stubs) or other evidence of payment received within 60 days before the date of the filing of the petition by the Debtor from any employer of the Debtor. (*See* Bankruptcy Code § 521(a)(1)(iv))

<u>Note:</u> If such payment advices are not available or the Debtor does not have payment advices then the Debtor should provide the Trustee and file with the Bankruptcy Court a notarized affidavit of the Debtor explaining the circumstances.

3. A copy of the Federal income tax return (or a transcript of such return) for the most recent tax year ending immediately before the commencement of the case and for which the Federal income tax return was filed.

<u>Note:</u> The tax return or transcript must be provided to the Chapter 7 Trustee no later than 7 days before the meeting of creditors. (*See* Bankruptcy Code § 521(e)(2)(A)(i)) The tax return or transcript should **NOT** be filed with the Bankruptcy Court.

<u>The Chapter 7 Trustees request that this information be provided as soon as possible after the petition is filed.</u> The name and address of the assigned Chapter 7 Trustee appears on the meeting notice.

These requirements do not supersede or replace any of the requirements under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules.

## <u>What to bring to the Meeting of Creditors</u>

Each Chapter 7 Debtor should bring to the meeting of creditors: (a) original government issued photo identification **and** (b) an original social security card or other original government issued document that reflects the Debtor's social security number.

**BLnef.jsp** [Notice of Electronic Filing rev. 12/14/2010]