In Re: Justin Weeks Affidavit        Case No 8-13-74235-dte

Chapter 7

I Justin Weeks did not receive any other pay for the periods 60 days before filing. I have included a copy of my most recent pay stubs.

*[signature]* Justin Weeks    08/29/13

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

JUSTIN M WEEKS
569 EVERDELL AVENUE
WEST ISLIP, NY 11795

Soc Sec #: XXX-XX-XXXX    Employee ID: 5460
Hire Date: 07/22/13
Status:
Filing Status:
Federal: Single, 2
State: NY, Single, 2
Dept: 57005

Pay Period: 08/05/13 to 08/18/13
Check Date: 08/23/13    Check #: 2520009580

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 280.00 | 402.15 |
| Net Pay | 280.00 | 402.15 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 21.75 | 14.0000 | 304.50 | 31.25 | 437.50 |
| HOURS WORKED | 21.75 | | | 31.25 | |
| ADJ EARNINGS | | | 304.50 | | 437.50 |
| GROSS EARNINGS | 21.75 | | 304.50 | 31.25 | 437.50 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| OASDI | 18.88 | 27.13 |
| MEDICARE | 4.42 | 6.35 |
| STATE SDI NY | 1.20 | 1.87 |
| TOTAL | 24.50 | 35.35 |

FOLD AND REMOVE

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 280.00 | 402.15 |

*Payrolls by Paychex, Inc.*
**0426-R161** INSOURCE INC

FOLD AND REMOVE

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 9.50 | 14.0000 | 133.00 | 9.50 | 133.00 |
| HOURS WORKED | 9.50 | | | 9.50 | |
| ADJ EARNINGS | | | 133.00 | | 133.00 |
| GROSS EARNINGS | 9.50 | | 133.00 | 9.50 | 133.00 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| OASDI | 8.25 | 8.25 |
| MEDICARE | 1.93 | 1.93 |
| STATE SDI NY | 0.67 | 0.67 |
| TOTAL | 10.85 | 10.85 |

## PERSONAL AND CHECK INFORMATION

JUSTIN M WEEKS
569 EVERDELL AVENUE
WEST ISLIP, NY 11795

Soc Sec #: XXX-XX-XXXX    Employee ID: 5460
Hire Date: 07/22/13
Status:
Filing Status:
Federal: Single, 2
State: NY, Single, 2
Dept: 57005

Pay Period: 07/22/13 to 08/04/13
Check Date: 08/09/13    Check #: 2520009505

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 122.15 | 122.15 |
| Net Pay | **122.15** | **122.15** |

**NET PAY**

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 122.15 | 122.15 |

*Payroll by Paylocity, Inc*
0426-R101 INSOURCE INC