```
                             United States Bankruptcy Court
                              Eastern District of New York

In re:                                                              Case No. 13-74235-cec
Justin Weeks                                                        Chapter 7
        Debtor                   CERTIFICATE OF NOTICE

District/off: 0207-8        User: nsmith              Page 1 of 2        Date Rcvd: Mar 28, 2014
                            Form ID: 151              Total Noticed: 68


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2014.
db           +Justin Weeks,    569 Everdell Avenue,    West Islip, NY 11795-4013
smg          +NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
               Brooklyn, NY 11201-3719
smg          +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,   Albany, NY 12205-0300
smg          +NYS Unemployment Insurance,    Attn: Isolvency Unit,    Bldg. #12, Room 256,
               Albany, NY 12240-0001
8116282       AT&T Services Inc,    180 I Valley View Ln,    Famlers Branch TX 75234-8906
8116279      +American Coradius,    2420 Sweet Home Road,    Amherst NY 14228-2243
8116280      +Anthony Guida,    373 Sunrise Hwy,    West Babylon NY 11704-5901
8116281      +Asset Maximization Group,    PO Box 190191,    S Richmond Hill NY 11419-0191
8116283      +Bank of America,    100 North Tryon Street,    Charlotte North Carolina 28255-0001
8116284      +Brighthouse Networks,    3767 All American Blvd,    Orlando FL 32810-4790
8116288       CIT Bank,    Fingerhut Direct,    6250 Ridgewood Road,    Saint Cloud MN 56303-0820
8116291      +CJV Worldwide Ventures Inc,    35 Daffodil Drive,    Farmingdale NY 11735-7000
8116285       Capital One,    PO Box 5253,    Carol Stream IL 60197-5253
8116286       Capital One Bank USA NA,    PO Box 30281,    Salt Lake City UT 84130-0281
8116287       Chase Bank,    I Chase Manhattan Plaza,    New York NY 10017
8116289       Comenity Capital,    PO Box 182120,    Columbus, OH 43218-2120
8116292      +Conserve CSG,    PO Box 7,    Fairport NY 14450-0007
8116290       County of Suffolk,    522 College Road,    Selden NY 11784
8116293      +Credit Management,    4200 INTERNATIONAL PKWY,    CARROLLTON TX 75007-1912
8116295     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court:   DIRECTV,    P.O. Box 6550,    Greenwood Village, CO 80155-6550)
8116294      +Daytona State College,    1200 W International Speedway Blvd,    Daytona Beach FL 32114-2800
8116297      +Ebay,    2065 Hamilton Avenue,    San Jose California 95125-5904
8116298      +Education Credit Management,    1 Imation Place,    Oakdale MN 55128-3422
8116300      +First National Collection,    610 Waltham Way,    McCarran NV 89434-6695
8116301       First Premier,    3820 N Louise Avenue,    Sioux Falls SD 57107-0145
8116302      +Flagler County Library,    2500 Palm Coast Pkwy NW,    Palm Coast FL 32137-4731
8116303      +Good Samaritan Hopital,    1000 Montauk Hwy,    West Islip NY 11795-4958
8116304      +HSBC Bank,    A TTN Exception Dept,    2012 Corporate Lane,    Suite 108,   Naperville IL 60563-0726
8116306       I.e. Systems Inc,    444 Highway 96 E,    Saint Paul, MN 55127-2557
8116305      +Ice.com,    1083 State Route 9,    Champlain NY 12919-5408
8116307      +Linda Fiorito,    38 Ryan Street,    West Islip NY 11795-3520
8116308       Long Island Jewish Medical Center,    270-05 76th Ave 2134,    Queens New York 11004
8138802       Long Island Power Authority,    LIPA Customer Relations,    P.O. Box 888 Hicksville, NY 11802-9656
8116310      +MULLEN & IANNARONE ESQ,    300 East Main Street,    Smithtown NY 11787-2921
8116311      +MULLOOL Y JEFFREY ROONEY,    6851 Jericho TPKE,    Syosset NY 11791-4449
8116309       Metabank,    6250 Ridgewood Road,    Saint Cloud MN 56303-0820
8116314      +NCA,    PO Box 550,    327 West Fourth Street,    Hutchinson, KS 67501-4842
8116316      +NYS Department of Labor,    Building 12,    W.A. Harriman Campus,    Albany, NY 12240-0001
8116312       National Credit Adjusters,    327 W 4th Avenue,    Hutchinson KS 67501-4842
8116313      +National Grid,    1650 Islip Avenue,    Brentwood, NY 11717-5210
8138803      +New York Times,    The New York Times,    620 Eighth Avenue,    New York, NY 10018-1618
8116318       Orchard Bank,    PO Box 60501,    City ofIndustry CA 91716-0501
8116320      +Peconic Bay Medical Center,    1300 Roanoke Ave,    Riverhead NY 11901-2058
8116321      +Penn Foster,    925 Oak St,    Scranton PA 18515-0999
8116322      +Planet Fitness,    894 Sunrise Hwy,    Bay Shore NY 11706-5908
8116324      +RIVERHEAD SUF CNTY SUPR,    235 Griffing A venue,    Riverhead NY 11901
8116323      +Redline Recovery Service,    95 John Muir Drive STE 100,    Amherst NY 14228-1144
8116326      +Robert Fiorito,    38 Ryan Street,    West Islip NY 11795-3520
8116329      +Stony Brook University Hospital,    101 Nicolls Rd,    Stony Brook NY 11794-0001
8116330      +Student Services Proc CTR,    University At Albany,    1 University Pl,    Rensselaer NY 12144-3424
8116332       Suffolk County Community College,    1 00 I Crooked Hill Rd,    Brentwood NY 11717
8116331       Sunrise Credit Services,    260 Airport Plaza BLVD,    Farmingdale NY 11735,    Suntrust Bank,
               901 Semmes A venue,    Richmond VA 23224
8116333      +T-Mobile,    12920 SE 38th Street,    Bellevue WA 98006-7305
8138804       Teacher's Federal Credit Union,    TFCU, PO Box 9005,,    Smithtown NY 11787-9005
8138805       USAA Federal Savings Bank,    10750 McDermott Freeway,    San Antonio, TX 78288-9876
8116334      +Unifund CCR Partners,    10625 Techwoods Circle,    Cincinnati OH 45242-2846
8116335       Verizon Wireless,    360 I Converse Drive,    Wilminton North Carolina 28403
8116336       Webbank,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
8138806      +Wells Fargo,    420 Montgomery Street,    San Francisco, CA 94104-1298
8116337      +West Islip Public Library,    3 Higbie Ln,    West Islip NY 11795-3999

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: ustpregion02.li.ecf@usdoj.gov Mar 28 2014 19:26:20       United States Trustee,
               Office of the United States Trustee,    Long Island Federal Courthouse,    560 Federal Plaza,
               Central Islip, NY 11722-4456
8122082      +E-mail/Text: g17768@att.com Mar 28 2014 19:24:20       BellSouth Telecommunications, Inc.,
               % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
               Bedminster, NJ 07921-2693
8116299       E-mail/Text: bknotice@erccollections.com Mar 28 2014 19:26:41       Enhanced Recovery Corp,
               8014 Bayberry Rd,    Jacksonville FL 32256-7412
```

```
District/off: 0207-8          User: nsmith              Page 2 of 2            Date Rcvd: Mar 28, 2014
                              Form ID: 151              Total Noticed: 68
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
8116315      +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 28 2014 19:26:52     NCO Financial Systems,
               PO BOX 17205,   WILMINGTON DE 19850-7205
8116319      +E-mail/Text: recovery@paypal.com Mar 28 2014 19:24:14      Paypal,   2211 North First Street,
               San Jose CA 95131-2021
8116325      +E-mail/Text: rjm@ebn.phinsolutions.com Mar 28 2014 19:26:09     RJM Acquisitions,
               575 Underhill BLVD STE 224,   Syosset, NY 11791-4437
8116328       E-mail/Text: appebnmailbox@sprint.com Mar 28 2014 19:26:26     Sprint,   6200 Sprint Pkwy,
               Overland Park KS 66251
8116327      +E-mail/PDF: pa_dc_claims@salliemae.com Mar 28 2014 19:29:52     Sallie Mae,   PO Box 9500,
               Wilkes Barre PA 18773-9500
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8116278      ##Amazon,   1200 12th Ave South Ste 1200,   Seattle WA 98144-2734
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2014                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2014 at the address(es) listed below:
          Larry   Rosenfeld    on behalf of Creditor Robert   Fiorito formedlaw@aol.com
          Larry   Rosenfeld    on behalf of Plaintiff Robert   Fiorito formedlaw@aol.com
          Robert L. Pryor     rlp@pryormandelup.com,   rpryor@ecf.epiqsystems.com
          United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                            TOTAL: 4
```

# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

---

IN RE: CASE NO: 8−13−74235−cec

   Justin Weeks

SSN/TAX ID: CHAPTER: 7

   xxx−xx−7676

                DEBTOR(s)

---

## NOTICE REASSIGNING CASE

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

Pursuant to an Administrative Order of this court dated March 27, 2014, the above−captioned case and any related adversary proceedings have been reassigned to the Honorable Carla E. Craig, United States Bankruptcy Judge, effective March 28, 2014. Please take note of the new case number 8−13−74235−cec .

Dated: March 28, 2014

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnrp.jsp** Notice Reassigning Case(Mass Assignment) rev. 06/04/13]