# UNITED STATES BANKRUPTCY COURT
**Eastern District of New York**
www.nyeb.uscourts.gov

**Case Name: Justin Weeks**

**Case No.: 13-74235-cec**

# MAILING CERTIFICATE

I  Sandy Wu , **Deputy Clerk** in the Office of the United States Bankruptcy Court, hereby certify that there was deposited on  April 14, 2014   in a duly maintained Post Office Box at the United States Bankruptcy Court, United States Federal Courthouse, 290 Federal Plaza, Central Islip,  New York  11722  _2_  copies of _Order to Show Cause_ , duly addressed to:

Justin Weeks
569 Everdell Avenue
West Islip, NY 11795

Robert L. Pryor
Pryor & Mandelup LLP
675 Old Country Road
Westbury, NY 11590

                                            **Robert A Gavin Jr.**
                                              Clerk of Court

Date; Central Islip, New York
      April 14,  2014
                                          By   s/S.Wu
                                                Deputy Clerk

USBC-20                                                                                    Rev.7/28/04