```
                          United States Bankruptcy Court
                           Eastern District of New York
In re:                                                          Case No. 13-74235-cec
Justin Weeks                                                    Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0207-8          User: swu              Page 1 of 1              Date Rcvd: Apr 14, 2014
                              Form ID: pdf000        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2014.
db          +Justin Weeks,    569 Everdell Avenue,    West Islip, NY 11795-4013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2014 at the address(es) listed below:
              Larry   Rosenfeld    on behalf of Creditor Robert   Fiorito formedlaw@aol.com
              Larry   Rosenfeld    on behalf of Plaintiff Robert   Fiorito formedlaw@aol.com
              Robert L. Pryor     rlp@pryormandelup.com,    rpryor@ecf.epiqsystems.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                             TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re: Justin Weeks                                         Case No. 13-74235-cec
                                                            Chapter 7


                                    Debtor
------------------------------------------------------------x

### ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE CLOSED WITHOUT GRANTING THE DEBTOR A DISCHARGE FOR FAILURE TO COMPLY WITH PERSONAL FINANCIAL MANAGEMENT REQUIREMENT

WHEREAS, the above-named Debtor(s) filed a petition for relief under Chapter 7 of the Bankruptcy Code on __August 15, 2013__, and

WHEREAS, the Debtor has failed to timely file a certificate of completion of a course in financial management in accordance with Interim Bankruptcy Rules 1007(b)(7) and 1007(c) ("Financial Management Certificate,") and

WHEREAS, under Section 727(a)(11) if the Bankruptcy Code, the Court shall grant the debtor a discharge unless the debtor failed to complete an instructional course concerning personal financial management unless the debtor is a person described in Section 109(h)(4) of the Bankruptcy Code; it is accordingly

ORDERED, that the Debtor show cause at 9:30 a.m. on __5/14/14__, before the Honorable __Robert E. Grossman__ Bankruptcy Judge, in Courtroom __860__, at the United States Bankruptcy Court located at **290 Federal Plaza, Central Islip, New York 11722**, why the above-captioned case should not be closed without granting the Debtor a discharge for the Debtor's failure to file the Financial Management Certificate, and it is further

ORDERED, that the Clerk of the Court shall serve a copy of this Order to Show Cause upon the Debtor, counsel to the Debtor and the Chapter 7 Trustee by regular mail on or before __4/16/14__.



Dated: Central Islip, New York
April 14, 2014

　　　　　　　　　　　　　　　　　　　　　　　Robert E. Grossman
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge