Certificate Number: 12433-NYE-DE-022327756

Bankruptcy Case Number: 13-74235



12433-NYE-DE-022327756

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 25, 2013, at 10:04 o'clock PM EST, Justin Weeks completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date: November 26, 2013          By:     /s/Candace Jones

                                 Name:   Candace Jones

                                 Title:  Counselor