```
                           United States Bankruptcy Court
                            Eastern District of New York

In re:                                                          Case No. 13-74235-cec
Justin Weeks                                                    Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0207-8          User: admin              Page 1 of 2            Date Rcvd: May 15, 2014
                              Form ID: 262             Total Noticed: 69
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2014.

```
db          +Justin Weeks,    569 Everdell Avenue,    West Islip, NY 11795-4013
smg         +NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
              Brooklyn, NY 11201-3719
smg         +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,    Albany, NY 12205-0300
smg         +NYS Unemployment Insurance,    Attn: Isolvency Unit,    Bldg. #12, Room 256,
              Albany, NY 12240-0001
8116282      AT&T Services Inc,    180 I Valley View Ln,    Famlers Branch TX 75234-8906
8116279     +American Coradius,    2420 Sweet Home Road,    Amherst NY 14228-2243
8116280     +Anthony Guida,    373 Sunrise Hwy,    West Babylon NY 11704-5901
8116281     +Asset Maximization Group,    PO Box 190191,    S Richmond Hill NY 11419-0191
8116284     +Brighthouse Networks,    3767 All American Blvd,    Orlando FL 32810-4790
8116288      CIT Bank,    Fingerhut Direct,    6250 Ridgewood Road,    Saint Cloud MN 56303-0820
8116291     +CJV Worldwide Ventures Inc,    35 Daffodil Drive,    Farmingdale NY 11735-7000
8116287      Chase Bank,    I Chase Manhattan Plaza,    New York NY 10017
8116292     +Conserve CSG,    PO Box 7,    Fairport NY 14450-0007
8116290      County of Suffolk,    522 College Road,    Selden NY 11784
8116294     +Daytona State College,    1200 W International Speedway Blvd,    Daytona Beach FL 32114-2800
8116297     +Ebay,    2065 Hamilton Avenue,    San Jose California 95125-5904
8116298     +Education Credit Management,    1 Imation Place,    Oakdale MN 55128-3422
8116300     +First National Collection,    610 Waltham Way,    McCarran NV 89434-6695
8116302     +Flagler County Library,    2500 Palm Coast Pkwy NW,    Palm Coast FL 32137-4731
8116303     +Good Samaritan Hopital,    1000 Montauk Hwy,    West Islip NY 11795-4958
8116304     +HSBC Bank,    A TTN Exception Dept,    2012 Corporate Lane,    Suite 108,    Naperville IL 60563-0726
8116306      I.e. Systems Inc,    444 Highway 96 E,    Saint Paul, MN 55127-2557
8116305     +Ice.com,    1083 State Route 9,    Champlain NY 12919-5408
8116307     +Linda Fiorito,    38 Ryan Street,    West Islip NY 11795-3520
8116308      Long Island Jewish Medical Center,    270-05 76th Ave 2134,    Queens New York 11004
8138802      Long Island Power Authority,    LIPA Customer Relations,    P.O. Box 888 Hicksville, NY 11802-9656
8116310     +MULLEN & IANNARONE ESQ,    300 East Main Street,    Smithtown NY 11787-2921
8116311     +MULLOOL Y JEFFREY ROONEY,    6851 Jericho TPKE,    Syosset NY 11791-4449
8116309      Metabank,    6250 Ridgewood Road,    Saint Cloud MN 56303-0820
8116314     +NCA,    PO Box 550,    327 West Fourth Street,    Hutchinson, KS 67501-4842
8116316     +NYS Department of Labor,    Building 12,    W.A. Harriman Campus,    Albany, NY 12240-0001
8116312      National Credit Adjusters,    327 W 4th Avenue,    Hutchinson KS 67501-4842
8116313     +National Grid,    1650 Islip Avenue,    Brentwood, NY 11717-5210
8138803     +New York Times,    The New York Times,    620 Eighth Avenue,    New York, NY 10018-1618
8116318      Orchard Bank,    PO Box 60501,    City ofIndustry CA 91716-0501
8116320     +Peconic Bay Medical Center,    1300 Roanoke Ave,    Riverhead NY 11901-2058
8116321     +Penn Foster,    925 Oak St,    Scranton PA 18515-0999
8116322     +Planet Fitness,    894 Sunrise Hwy,    Bay Shore NY 11706-5908
8116324     +RIVERHEAD SUF CNTY SUPR,    235 Griffing A venue,    Riverhead NY 11901
8116323     +Redline Recovery Service,    95 John Muir Drive STE 100,    Amherst NY 14228-1144
8116326     +Robert Fiorito,    38 Ryan Street,    West Islip NY 11795-3520
8116329     +Stony Brook University Hospital,    101 Nicolls Rd,    Stony Brook NY 11794-0001
8116330     +Student Services Proc CTR,    University At Albany,    1 University Pl,    Rensselaer NY 12144-3424
8116332      Suffolk County Community College,    1 00 I Crooked Hill Rd,    Brentwood NY 11717
8116331      Sunrise Credit Services,    260 Airport Plaza BLVD,    Farmingdale NY 11735,    Suntrust Bank,
              901 Semmes A venue,    Richmond VA 23224
8138804      Teacher's Federal Credit Union,    TFCU, PO Box 9005,,    Smithtown NY 11787-9005
8116334     +Unifund CCR Partners,    10625 Techwoods Circle,    Cincinnati OH 45242-2846
8116335      Verizon Wireless,    360 I Converse Drive,    Wilminton North Carolina 28403
8116336      Webbank,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
8116337     +West Islip Public Library,    3 Higbie Ln,    West Islip NY 11795-3999
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr          +EDI: QRLPRYOR.COM May 15 2014 18:08:00      Robert L. Pryor,    Pryor & Mandelup LLP,
              675 Old Country Road,    Westbury, NY 11590-4513
smg         +E-mail/Text: ustpregion02.li.ecf@usdoj.gov May 15 2014 18:09:48      United States Trustee,
              Office of the United States Trustee,    Long Island Federal Courthouse,    560 Federal Plaza,
              Central Islip, NY 11722-4456
8116283     +EDI: BANKAMER2.COM May 15 2014 18:08:00      Bank of America,    100 North Tryon Street,
              Charlotte North Carolina 28255-0001
8122082     +EDI: ATTWIREBK.COM May 15 2014 18:08:00      BellSouth Telecommunications, Inc.,
              % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
              Bedminster, NJ 07921-2693
8116285      EDI: CAPITALONE.COM May 15 2014 18:08:00      Capital One,    PO Box 5253,
              Carol Stream IL 60197-5253
8116286      EDI: CAPITALONE.COM May 15 2014 18:08:00      Capital One Bank USA NA,    PO Box 30281,
              Salt Lake City UT 84130-0281
8116289     +EDI: WFNNB.COM May 15 2014 18:08:00      Comenity Capital,    PO Box 182120,
              Columbus, OH 43218-2120
8116293     +EDI: CMIGROUP.COM May 15 2014 18:08:00      Credit Management,    4200 INTERNATIONAL PKWY,
              CARROLLTON TX 75007-1912
```

```
District/off: 0207-8          User: admin              Page 2 of 2              Date Rcvd: May 15, 2014
                              Form ID: 262             Total Noticed: 69

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
8116295       EDI: DIRECTV.COM May 15 2014 18:08:00      DIRECTV,    P.O. Box 6550,
              Greenwood Village, CO 80155-6550
8116299       E-mail/Text: bknotice@erccollections.com May 15 2014 18:09:52      Enhanced Recovery Corp,
              8014 Bayberry Rd,   Jacksonville FL 32256-7412
8116301       EDI: AMINFOFP.COM May 15 2014 18:08:00      First Premier,    3820 N Louise Avenue,
              Sioux Falls SD 57107-0145
8116315      +E-mail/Text: bankruptcydepartment@ncogroup.com May 15 2014 18:09:57      NCO Financial Systems,
              PO BOX 17205,   WILMINGTON DE 19850-7205
8116319      +E-mail/Text: recovery@paypal.com May 15 2014 18:09:33      Paypal,    2211 North First Street,
              San Jose CA 95131-2021
8116325      +EDI: PHINRJMA.COM May 15 2014 18:08:00      RJM Acquisitions,    575 Underhill BLVD STE 224,
              Syosset, NY 11791-4437
8116328       EDI: NEXTEL.COM May 15 2014 18:08:00      Sprint,    6200 Sprint Pkwy,   Overland Park KS 66251
8116327      +EDI: NAVIENTFKASMSERV.COM May 15 2014 18:08:00      Sallie Mae,    PO Box 9500,
              Wilkes Barre PA 18773-9500
8116333      +EDI: AISTMBL.COM May 15 2014 18:08:00      T-Mobile,    12920 SE 38th Street,
              Bellevue WA 98006-7305
8138805       EDI: USAA.COM May 15 2014 18:08:00      USAA Federal Savings Bank,    10750 McDermott Freeway,
              San Antonio, TX 78288-9876
8138806      +EDI: WFFC.COM May 15 2014 18:08:00      Wells Fargo,    420 Montgomery Street,
              San Francisco, CA 94104-1298
                                                                                              TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8116278      ##Amazon,    1200 12th Ave South Ste 1200,   Seattle WA 98144-2734
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2014 at the address(es) listed below:
              Larry   Rosenfeld    on behalf of Creditor Robert  Fiorito formedlaw@aol.com
              Larry   Rosenfeld    on behalf of Plaintiff Robert  Fiorito formedlaw@aol.com
              Robert L. Pryor    rlp@pryormandelup.com,   rpryor@ecf.epiqsystems.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

Form BLdfnld7 (12/01/2007)

# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

| | |
|---|---|
| IN RE: | CASE NO: 8−13−74235−cec |
| Justin Weeks | |
| 569 Everdell Avenue<br>West Islip, NY 11795 | |
| Name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address. | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx−xx−7676 | |
| DEBTOR(s) | |

## DISCHARGE OF DEBTOR(S)
## ORDER OF FINAL DECREE

A petition under title 11, United States Code was filed by or against the Debtor(s) on August 15, 2013; an order for relief was entered under Chapter 7; no order denying a discharge has been granted.

It appearing that the debtor(s) is entitled to a discharge and the estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED**:

- The debtor(s) is granted a discharge under Section 727 of Title 11, United States Code, (the Bankruptcy Code).

- Robert L. Pryor (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above−named debtor(s) is closed.

BY THE COURT

Dated: May 15, 2014    s/ Carla E. Craig
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**Form BLdfnld7**(12/01/2007)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**